JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
VALERIE K. BRENNAN (CA Bar No. 248148)
vbrennan@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., erroneously sued as JP MORGAN CHASE for itself and as AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER and CALIFORNIA RECONVEYANCE COMPANY

**UNITED STATES DISTRICT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATA FRIED, trustee of the Renata Fried Family Trust,<br><br>        Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Federal Association Bank, CALIFORNIA RECONVEYANCE TRUST COMPANY, (a California Corp.), PLEASANTON WHOLESALE LFC, (a California Finance Corporation), JP MORGAN CHASE, (Federal Association Bank), GROUP 9, INC., (a Pennsylvania corporation), and DOES 1-20,<br><br>        Defendants. | **CASE NO.:** CV 09 1049 SBA<br><br>**STIPULATION TO POSTPONE THE CASE MANAGEMENT CONFERENCE; AND ORDER THEREON**<br><br>**ACTION FILED:**     January 14, 2009 |

///

///

1

1   Defendants JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase, for itself
2   and as an Acquirer of Certain Assets And Liabilities of Washington Mutual Bank from the Federal
3   Deposit Insurance Corporation Acting as Receiver ("JPMorgan"), and California Reconveyance
4   Company ("CRC" and collectively, "Defendants"), and plaintiff Renata Fried ("Plaintiff"), through
5   their counsel, have met and conferred through exchanges of phone calls and e-mails regarding the
6   above case.  Plaintiff has submitted an application for loan modification, and JPMorgan is
7   considering Plaintiff's application.  Thus, the parties seek postponement of the Case Management
8   Conference to allow the parties to minimize incurring attorney's fees and costs in this matter.

9   By and through their respective counsel, the Parties agree and stipulate as follows:

10  1.   By no later than July 31, 2009 the parties will meet and confer re: initial disclosures,
11  early settlement, ADR process selection, and discovery plan;

12  2.   By no later than August 7, 2009, the parties file ADR Certification signed by Parties
13  and Counsel, file either stipulation to ADR Process or Notice of Need for ADR phone conference;

14  3.   By no later than August 17, 2009, complete initial disclosures and file a joint Case
15  Management Statement; and

16  4.   Initial Case Management Conference in Courtroom 3, 3rd Floor at 3:00 PM on
17  August 27, 2009.

18

19  DATED:  June 17, 2009                     ADORNO YOSS ALVARADO & SMITH
                                              A Professional Corporation
20

21                                            By:  /s/ S. Christopher Yoo_____
                                                  JOHN M. SORICH
22                                                S. CHRISTOPHER YOO
                                                  VALERIE K. BRENNAN
23                                                Attorneys for Defendants
                                                  JPMORGAN CHASE BANK, N.A., erroneously
24                                                sued as JP MORGAN CHASE for itself and as
                                                  AN ACQUIRER OF CERTAIN ASSETS AND
25                                                LIABILITIES OF WASHINGTON MUTUAL
                                                  BANK FROM THE FEDERAL DEPOSIT
26                                                INSURANCE CORPORATION ACTING AS
                                                  RECEIVER and CALIFORNIA
27                                                RECONVEYANCE COMPANY
28

2
STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE
1082573.1

1

2  DATED: June 17, 2009

3

4                                          By:  /s/ Jonathan A. Fried_____
                                                JONATHAN A. FRIED
5                                               Attorney for Plaintiff
                                                RENATA FRIED

6

7  **IT IS SO ORDERED with respect to paragraphs 1-3 of the Stipulation.  It is

8  FURTHER ORDERED** that the Initial Case Management Conference is set for **Thursday,

9  September 17, 2009, at 2:45 p.m.**

10      The parties shall **meet and confer** prior to the conference and shall prepare a joint Case

11 Management Conference Statement which shall be filed no later than ten (10) days prior to the Case

12 Management Conference that complies with the Standing Order for All Judges of the Northern

13 District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing

14 the statement as well as for arranging the conference call.  All parties shall be on the line and shall

15 call (510) 637-3559 at the above indicated date and time.

16

17

18

19 DATED: 6/15/09                              _____
                                                UNITED STATED DISTRICT JUDGE
20

21

22

23

24

25

26

27

28