IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENATA FRIED,

    Plaintiff.

  v.

WASHINGTON MUTUAL BANK et al.,

    Defendants.

No. C 09-1049 SBA

**ORDER**

[Docket Nos. 11, 16]

    Before the Court is the parties' Stipulation to postpone the Case Management Conference and the hearing on Defendants' Motion to Dismiss. Pursuant to the Stipulation, the Case Management Conference is CONTINUED to October 1, 2009, at 3:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    Having been advised that the parties in this matter desire to continue the motion hearing during the pendency of Plaintiff's application for a loan modification, the Court finds it is appropriate to DENY the Defendants' motions to dismiss, WITHOUT PREJUDICE TO REFILING. [Docket No. 11].

IT IS SO ORDERED.

Dated: 7/6/09

    SAUNDRA BROWN ARMSTRONG
    United States District Judge